IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LOUIS REED, JR.,
      Petitioner,

vs.                              Case No.: 5:10cv264/SPM/MD

WALTER A. MCNEIL, et al.,
      Respondents.
_____

**O R D E R**

    This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a 33-page petition (not including exhibits) under 28 U.S.C. § 2254. (Doc. 1).  The Local Rules of this court provide:  "No petition, complaint, or memorandum may exceed 25 pages absent leave of court upon a showing of good cause."  N. D. Fla. Loc. R. 5.1(J)(3).  Petitioner did not obtain this court's permission to exceed the page limit. Therefore, he will be required to correct this deficiency in an amended petition.

    To amend his petition, petitioner should completely fill out a new § 2254 form, marking it "**Amended Petition**."  Petitioner should ensure that his amended petition complies with both the instructions on the petition form and this court's local rules. Petitioner should state his claims on the form itself as simply and concisely as possible. Facts that are extraneous to his claims should be excluded.  Petitioner may add pages to the petition form if necessary, or exceed the 6-page length of the form, but the total length of the amended petition may not exceed 25 pages.  Petitioner must obtain leave of court and show good cause if the proposed amended petition exceeds that page limit.  In this regard the court notes that upon cursory review of the original petition, good cause for permitting an over-long petition is not present.

Accordingly, it is ORDERED:

1.      The Clerk shall forward to petitioner the form for use in § 2254 cases. This case number and the words "Amended Petition" should be written on the form.

2.      Within **twenty-eight (28) days** from the date of this order, petitioner shall file an amended petition, which shall be typed or clearly written and submitted on the court form as instructed above.

3.      Petitioner's failure to comply with this order as instructed may result in a recommendation that this case be dismissed.

DONE AND ORDERED this 14th day of October, 2010.


/s/ *Miles Davis*
        **MILES DAVIS**
        **UNITED STATES MAGISTRATE JUDGE**