IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LOUIS REED, JR.,

    Plaintiff,

v.                                CASE NO.5:10-cv-264-MW/CJK

MICHAEL D. CREWS,

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 70, filed March 7, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating, "The Second Amended Petition for Writ of Habeas Corpus is DENIED with prejudice. A certificate of appealability is **DENIED** with prejudice." The Clerk shall close the file.

SO ORDERED on March 25, 2013.

                                              s/Mark E. Walker
                                              United States District Judge